| D/WI Prob 22 (Rev 05/17) | **18CR 577** **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Trans. Court) 0757 2:97CR00098 - 5 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: Richard Edward Mroch | DISTRICT Eastern District of Wisconsin | DIVISION Milwaukee |
|---|---|---|

**NAME OF SENTENCING JUDGE**

J.P. Stadtmueller

| DATES OF PROBATION /SUPERVISED RELEASE Supervised Release | FROM 05/07/2018 | TO 05/06/2021 |
|---|---|---|

**OFFENSE**

Count One: Participation in an Enterprise Engaged in Racketeering Activity
Count Two: Conspiracy to Participate in an Enterprise Engaged in Racketeering Activity
Count Three: Conspiracy to Possess with Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/9/2018
Date

J.P. Stadtmueller
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/11/18
Effective Date

United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ YVETTE PEARSON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
September 13, 2018